# Court of Appeals
# of the State of Georgia

ATLANTA,   November 29, 2016

*The Court of Appeals hereby passes the following order:*

**A16A1966.  EUEL V. REECE et al. v. RFF INVESTMENTS LLC et al.**

This appeal arose from three consolidated actions in which the plaintiffs challenged an application by defendant RFF Investments LLC ("RFF") seeking an amendment to the county land use ordinance to afford them a conditional use permit for a wedding and events venue.  The plaintiffs sought various forms of relief before the trial court, including a writ of mandamus directing defendants Gilmer County and each of its commissioners to reverse the approval of RFF's conditional use permit.  Following a hearing, the superior court denied all of the plaintiffs' requests for relief, including their petition for a writ of mandamus.  The plaintiffs then appealed directly to this Court.  We lack jurisdiction.

The Supreme Court has exclusive appellate jurisdiction over all cases involving extraordinary remedies, including mandamus.  See Ga. Const. of 1983, Art. VI, Sec. VI, Par. III (5); *Ladzinske v. Allen*, 280 Ga. 264, 264 (626 SE2d 83) (2006) ("[C]ases involving the grant or denial of mandamus are within the exclusive jurisdiction of [the Supreme] Court without regard to the underlying subject matter or the legal issues raised.") (punctuation omitted).  Accordingly, this appeal is hereby TRANSFERRED to the Supreme Court for disposition.



*Court of Appeals of the State of Georgia*
        *Clerk's Office, Atlanta,* __11/29/2016__
        *I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
        *Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

_____ *, Clerk.*